No. 79–6466. EVANS v. CANNON ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 79–6473. HOWZE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 79–6494. GINSBURG v. TIGHE. Sup. Ct. N. J. Certiorari denied.

No. 79–6513. BUTLER v. ALEXANDER, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Certiorari denied.

No. 79–6540. PROFFITT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6551. SMILEY v. CORCORAN, LOS ANGELES COUNTY CLERK, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–6581. ELORDUY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6594. RUCKER v. CITY OF SAINT LOUIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–6598. MIZELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6599. CAMPBELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6602. COUCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6884. ELMORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.